**Electronically Filed
Supreme Court
SCWC-19-0000307
16-NOV-2023
08:08 AM
Dkt. 22 ODAC**

SCWC-19-0000307

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-0A1,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

MICHAEL DAVID GOYNE,
Petitioner/Defendant/Counterclaim Plaintiff/Cross-Claim
Plaintiff/Cross-Claim Defendant-Appellant,
and
AMERICAN HOME MORTGAGE,
Respondent/Defendant/Cross-Claim Defendant-Appellee,
and
ASSOCIATION OF APARTMENT OWNERS OF
KO OLINA KAI GOLF ESTATES & VILLAS,
Respondent/Defendant/Cross-Claim Plaintiff/
Counterclaim Plaintiff-Appellee,
and
KO OLINA COMMUNITY ASSOCIATION, INC.;
CITIBANK (SOUTH DAKOTA), N.A.; and CAPITAL ONE BANK (USA), N.A.,
Respondents/Defendants/Cross-Claim Defendants-Appellees.
and
HOLDEN KAMUELA KAYA LAU and EMILY COLLEEN WO,
Respondents/Intervenors-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000307; CIVIL NO. 1CC151000441)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Chang and Circuit Judge Wong,
assigned by reason of vacancies)

The application for writ of certiorari filed on October 6, 2023, by Petitioner/Defendant-Appellant Michael David Goyne is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 16, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Gary W.B. Chang

/s/ Paul B.K. Wong

